IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01644-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

BRADLEY REEGER,

       Petitioner,

v.

RICK RAEMISCH, Executive Director for Colorado Department of Corrections, and
CYNTHIA COFFMAN, Attorney General for Colorado

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

        Petitioner, Bradley Reeger, is currently incarcerated at Crowley County

Correctional Facility in Olney Springs, Colorado.  On July 31, 2015, he filed *pro se* an

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).  As

part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted document is deficient as described in this order.  Mr. Ford

will be directed to cure the following if he wishes to pursue his claims.  Any papers that

Petitioner files in response to this Order must include the civil action number on this

Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner

(8)      __      is not on proper form
(9)      __      names in caption do not match names in caption of complaint, petition or
                 habeas application
(10)     X       other:  In the alternative, Applicant may pay the $5 filing fee.

**Complaint, Petition or Application**:
(11)     __      is not submitted
(12)     X       is not on proper form (Applicant may find the Court-approved form used in
                 filing an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C.
                 § 2241 at www.cod.uscourts.gov.)
(13)     __      is missing an original signature by the prisoner
(14)     __      is missing page nos. ___
(15)     __      uses et al. instead of listing all parties in caption
(16)     __      names in caption do not match names in text
(17)     __      addresses must be provided for all defendants/respondents in "Section A.
                 Parties" of complaint, petition or habeas application
(18)     __      other:

Accordingly, it is

         ORDERED that Petitioner cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  It is

         FURTHER ORDERED that Petitioner shall obtain the Court-approved forms used

in filing an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action, along with the applicable instructions, at www.cod.uscourts.gov,

and use the forms to cure the above noted deficiencies.  It is

         FURTHER ORDERED that if Petitioner fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

         DATED August 5, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Gordon P. Gallagher
                                        United States Magistrate Judge